IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALL POINTS CAPITAL CORP.,
a foreign corporation,

    Plaintiff,

vs.                                    CASE NO. 5:11cv116/RS-EMT

BOYD BROTHERS, INC., a Florida
corporation; JAMES A. BOYD, SR.;
and JAMES A. BOYD, JR.,

    Defendants.
_____/

## ORDER

The relief requested by Plaintiff's Unopposed Motion For An Order Sealing Four Exhibits Attached To The Complaint And For Permission To File Substitute Redacted Exhibits (Doc. 19) is **granted**.

**ORDERED** on June 21, 2011.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**