IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ALL POINTS CAPITAL CORP.,**
a foreign corporation,

    Plaintiff,

vs.                                        CASE NO. 5:11-cv-116/RS-EMT

**BOYD BROTHERS, INC., a Florida
corporation, et al.,**

    Defendants,

_____/

## ORDER

    Before me is the Stipulation Withdrawing Jury Trial Demand and Motion to Strike (Doc. 36).

**IT IS ORDERED:**

1. The Motion to Strike (Doc. 18) is **Denied as moot**.

2. The jury demand is withdrawn, and this case will proceed as a bench trial.

3. The hearing scheduled for August 16, 2011 is cancelled as to Plaintiff ALL POINTS CAPITAL CORP.

**ORDERED** on August 10, 2011.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**